# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| ELGIN WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: CV615-018 |
| v. | |
| MR. TOOLS; MR. DELOACH; MR. JOHN PAUL, | |
| Defendants. | |

| | |
|---|---|
| ELGIN WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: CV615-027 |
| v. | |
| WARDEN TOOL; JOHN PAUL; MR. DELOACH, | |
| Defendants. | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, who is currently incarcerated at Georgia State Prison in Reidsville, Georgia, filed two (2) Complaints pursuant to 42 U.S.C. § 1983 contesting certain conditions of his confinement. In both of his Complaints, Plaintiff names as Defendants Mr. Toole, John Paul, and Mr. Deloach. Additionally, Plaintiff makes assertions in both of his Complaints stemming from his transfer to Georgia State Prison and being falsely labeled a member of the "Good Fella" gang. (CV615-18, Doc. 1; CV615-27, Doc. 1.) In Case Number CV615-18, Plaintiff failed to submit his Complaint along with the requisite filing fee or to move to proceed *in forma pauperis*,

and he was notified of this deficiency. (CV615-18, Doc. 2.) Plaintiff failed to respond to the Court's deficiency notice. However, in Case Number CV615-27, Plaintiff moved to proceed *in forma pauperis* when he filed his Complaint. (CV615-27, Doc. 2.) The Court granted Plaintiff's Motion by Order dated May 1, 2015. (CV615-27, Doc. 3.) Plaintiff returned executed Consent to Collection of Fees and Prisoner Trust Fund Account forms on May 18, 2015. (Id. at Docs. 5, 6.)

Based on the allegations contained in Plaintiff's Complaints in these two (2) cases, as well as Plaintiff's failure to respond to the Court's deficiency notice in Case Number CV615-18, it is my **RECOMMENDATION** that Plaintiff's causes of action be **CONSOLIDATED** into a single cause of action. It is also my **RECOMMENDATION** that Case Number CV615-18 be **CLOSED** and the filings of Case Number CV615-18 be docketed in Case Number 615-27.

**SO REPORTED** and **RECOMMENDED**, this 22nd day of May, 2015.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA