IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ELGIN WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: CV615-018 |
| v. | |
| MR. TOOLS; MR. DELOACH; MR. JOHN PAUL, | |
| Defendants. | |

| | |
|---|---|
| ELGIN WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: CV615-027 |
| v. | |
| WARDEN TOOL; JOHN PAUL; MR. DELOACH, | |
| Defendants. | |

## ORDER

Before the Court is the Magistrate Judge's Order and Report and Recommendation issued on May 22, 2015, in the above-captioned cases. (Case No. CV615-018, Doc. 24; Case No. CV615-027, Doc. 7.) Therein, the Magistrate Judge recommended that the above-captioned cases be consolidated into a single cause of action. (Case No. CV615-018, Doc. 24; Case No. CV615-027, Doc. 7.) With the deadline for filing objections to this Report and Recommendation having passed, Plaintiff has not lodged any objections.

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Plaintiff's causes of action are hereby

CONSOLIDATED into a single cause of action. The Clerk of the Court is DIRECTED to consolidate this action CV615-018, with Walker's other action, CV615-027. All future motions and filings SHALL be filed under case number CV615-027.

SO ORDERED, this 21st day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA